UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
LEILANI DOAN,                                             :
                                                          :
                          Plaintiff,                      :
                                                          :
          -v-                                             :         26 Civ. 496 (JPC)
                                                          :
LVMH MOET HENNESSY LOUIS VUITTON, INC., *et*  :              ORDER
*al.*,                                                    :
                                                          :
                          Defendants.                     :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 21, 2026, Plaintiff Leilani Doan initiated this action by filing a Complaint against LMVH Moet Hennessy Louis Vuitton, Inc. and Does 1-50. Dkt. 1. On January 26, 2026, Doan filed an affidavit of service purporting to have served LMVH Moet Hennessy Louis Vuitton, Inc. on January 23, 2026. Dkt. 5. Then, on March 4, March 11, and March 16, 2026, Doan attempted to file an Amended Complaint, but each time the filing was marked as deficient by the Clerk of Court. Dkts. 11-13. Each of Doan's Amended Complaints names Louis Vuitton Malletier S.A.S., Louis Vuitton USA, Inc., and Does 1-50 as Defendants, but does not name LMVH Moet Hennessy Louis Vuitton, Inc., the party whom Doan filed her initial Complaint against and purportedly served on January 23, 2026. Compare Dkts. 11-13, with Dkt. 1.

Within two weeks of this Order, Doan must correct the deficiencies identified by the Clerk of Court and re-file her Amended Complaint. Also within two weeks of this Order, Doan must serve the entities named in her Amended Complaint, file proof of such service on the docket, and submit a letter to the Court stating whether she still intends to pursue any claims against LMVH Moet Hennessy Louis Vuitton, Inc.

SO ORDERED.

Dated: April 8, 2026
      New York, New York

JOHN P. CRONAN
United States District Judge

2