UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LEILANI DOAN,

Plaintiff,

-v-

LVMH MOET HENNESSY LOUIS VUITTON, INC., *et al.*,

Defendants.

---------------------------------------------------------------------X

26 Civ. 496 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

On September 14, 2026, Defendants filed a pre-motion letter in anticipation of their forthcoming motion to dismiss. Dkt. 36. On September 16, 2026, Plaintiff submitted a response. Dkt. 37. The Court has reviewed the parties' pre-motion letters and sets the following briefing schedule for Defendants' anticipated motion to dismiss: Defendants shall file any motion by October 1, 2026, opposition shall be due October 29, 2026, and any reply shall be due November 19, 2026.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge